AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Noonan, Jr., John T. | 2. Court or Organization<br><br>U.S. Court of Appeals, 9th | 3. Date of Report<br><br>08/09/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Appeals
95 Seventh Street
San Francisco, CA 94103

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President and Director | Thomas More-Jacques Maritain Institute (non-profit cultural organization) |
| 2. | Member | Advisory Council, Transparency International |
| 3. | Member | Editorial Board, American Journal of Jurisprudence |
| 4. | Member | President's Council, Graduate Theological School |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 07/01/86 | University of California pension based on service |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Pension: University of California | $46,047.75 |
| 2. | 2013 | Royalties: University of Notre Dame Du Lac | $104.41 |
| 3. | 2013 | Royalties: University of California Los Angeles | $124.53 |
| 4. | 2013 | Royalties: On-Demand Publ LLC | $36.52 |
| 5. | 2013 | Nonemployee Compensation: Villanova University | $1,000.00 |
| 6. | 2013 | Refund: California Franchise Tax Board | $4,381.00 |
| 7. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Villanova University | 11/13 to 11/15/2013 | Villanova, Pennsylvania | Delivering two speeches at Villanova University | Nonrefundable airfare tickets for self & |
| 2. | | | | | |
| 3. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

4. _____ _____ _____ _____ _____

5. _____ _____ _____ _____ _____

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Checking #1 | A | Interest | M | T | | | | | |
| 2. Wells Fargo Market Rate #1 | A | Interest | L | T | | | | | |
| 3. Wells Fargo retirement CD's | B | Interest | K | T | | | | | |
| 4. Teachers Insurance and Annuity Association | D | Interest | M | T | | | | | |
| 5. ****Schwab IRA #1 (H) | | | | | | | | | |
| 6. - Schwab U.S. Treasury Money Fund | A | Dividend | K | T | | | | | |
| 7. - PIMCO Total Return Institutional | B | Dividend | K | T | | | | | |
| 8. - Fidelity Growth Company | D | Dividend | M | T | | | | | |
| 9. - Vanguard FTSE All-Wld ex-US Idx Admiral | B | Dividend | L | T | | | | | |
| 10. - IVA International I | C | Dividend | M | T | | | | | |
| 11. - Parametric Emerging Markets Fund | B | Dividend | L | T | | | | | |
| 12. - DoubleLine Total Return Bond I | B | Dividend | K | T | Buy | 03/22/13 | K | | |
| 13. ****Schwab IRA #2 (H) | | | | | | | | | |
| 14. - PIMCO Total Return Fund | A | Dividend | J | T | | | | | |
| 15. - Fidelity Equity Income II | A | Dividend | J | T | | | | | |
| 16. Legacy Treasury Direct | B | Interest | K | T | | | | | |
| 17. ****Schwab #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Schwab U.S. Treasury Money Fund | A | Dividend | K | T | | | | | |
| 19. - PIMCO Total Return Institutional | B | Dividend | L | T | | | | | |
| 20. - Templeton Global Bond Adv | D | Dividend | M | T | Sold (part) | 03/22/13 | J | A | |
| 21. - BEAM Inc. | A | Dividend | K | T | | | | | |
| 22. - Coca-Cola Common | B | Dividend | L | T | | | | | |
| 23. - Eli Lilly & Corporation | B | Dividend | L | T | | | | | |
| 24. - Fortune Brands Home & Security | A | Dividend | K | T | | | | | |
| 25. - General Mills | B | Dividend | L | T | | | | | |
| 26. - International Business Machines Common | B | Dividend | L | T | | | | | |
| 27. - JP Morgan Chase & Co Com | B | Dividend | M | T | | | | | |
| 28. - Monsanto Co New Com | A | Dividend | K | T | | | | | |
| 29. - Neurobiological Technologies Inc. | | None | | | Sold | 06/20/13 | J | | |
| 30. - Pfizer Inc. | B | Dividend | L | T | | | | | |
| 31. - Procter & Gamble Co Common | B | Dividend | L | T | | | | | |
| 32. - BP Plc | B | Dividend | K | T | | | | | |
| 33. - Harbor International | C | Dividend | M | T | | | | | |
| 34. - IVA International I | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Parametric Emerging Markets Fund | B | Dividend | L | T | Buy (add'l) | 03/22/13 | K | | |
| 36.   - Parametric Emerging Markets Fund | | | L | T | Buy (add'l) | 06/24/13 | K | | |
| 37.   - JPMorgan Strategic Income Opps | C | Dividend | M | T | | | | | |
| 38.   - Wasatch Long/Short | C | Dividend | M | T | Sold (part) | 06/24/13 | K | C | |
| 39.   - DoubleLine Total Return Bond I | B | Dividend | K | T | Buy | 03/22/13 | K | | |
| 40.   **** Schwab #2 (H) | | | | | | | | | |
| 41.   - Schwab Govt Money Fund (X) | A | Dividend | K | T | | | | | |
| 42.   - Alhambra California Muni | B | Interest | K | T | | | | | |
| 43.   - Brea & Olinda California Muni | A | Interest | K | T | | | | | |
| 44.   - Burlingame California Muni | B | Interest | K | T | | | | | |
| 45.   - California State Dept Muni | B | Interest | K | T | | | | | |
| 46.   - California State Economic Muni | B | Interest | K | T | | | | | |
| 47.   - Campbell California Un High Sch Dist Muni | A | Interest | K | T | | | | | |
| 48.   - Clark County Nevada Hwy Muni | B | Interest | K | T | | | | | |
| 49.   - Contra Costa California Water District Muni | A | Interest | K | T | Buy | 08/20/13 | K | | |
| 50.   - Corona-Norco California Uni School District Muni | B | Interest | K | T | | | | | |
| 51.   - Hartnell California Cmnty College Muni | A | Interest | | | Sold | 08/01/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Kane Kendall Muni | A | Interest | K | T | | | | | |
| 53. - Los Angeles California Cmnty College Muni | A | Interest | K | T | | | | | |
| 54. - Los Angeles County California Muni | B | Interest | K | T | | | | | |
| 55. - Metropolitan Water District SoCal Muni | A | Interest | K | T | Buy | 05/17/13 | K | | |
| 56. - San Jose California Uni School District Muni | A | Interest | K | T | Buy | 01/17/13 | K | | |
| 57. - Saugus California Uni Sch Dist Muni | B | Interest | K | T | | | | | |
| 58. - Simi Valley California Muni | B | Interest | K | T | | | | | |
| 59. - Southern California Public Muni | B | Interest | K | T | | | | | |
| 60. - Southwestern Cmnty College Dist Muni | A | Interest | | | Sold | 01/18/13 | K | | |
| 61. - University of California Muni | A | Interest | | | Sold | 05/15/13 | K | | |
| 62. - William S Hart California Muni | B | Interest | K | T | | | | | |
| 63. **** Schwab IRA #3 (H) | | | | | | | | | |
| 64. - PIMCO Total Return Fund | A | Dividend | J | T | Sold (part) | 12/16/13 | J | | |
| 65. - Wells Fargo Advantage Government Sec A | A | Int./Div. | J | T | | | | | |
| 66. **** Schwab IRA #4 (H) | | | | | | | | | |
| 67. - Wasatch Long/Short | A | Dividend | J | T | Sold (part) | 12/16/13 | J | A | |
| 68. ****BofA Trust Number #1 (No personal income) (H) | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Large Cap Growth CTF | | | | | Redeemed (part) | 03/05/13 | K | | |
| 70. - Large Cap Growth CTF | | | | | Redeemed | 06/05/13 | K | | |
| 71. - Large Cap Value Quantitative Common Trust Fund | | | | | Redeemed (part) | 03/05/13 | K | | |
| 72. - Large Cap Value Quantitative Common Trust Fund | | | | | Redeemed | 06/05/13 | K | | |
| 73. - Dividend Income Common Trust Fund | B | Dividend | K | T | Buy | 03/05/13 | K | | |
| 74. - Dividend Income Common Trust Fund | | | | | Buy (add'l) | 06/05/13 | K | | |
| 75. - Dividend Income Common Trust Fund | | | | | Redeemed (part) | 12/04/13 | J | B | |
| 76. - High Quality Core Common Trust Fund | A | Dividend | K | T | Buy | 03/05/13 | J | | |
| 77. - High Quality Core Common Trust Fund | | | | | Buy (add'l) | 06/05/13 | J | | |
| 78. - High Quality Core Common Trust Fund | | | | | Redeemed (part) | 12/04/13 | J | A | |
| 79. - Strategic Growth Common Trust Fund | A | Dividend | K | T | Buy | 06/05/13 | L | | |
| 80. - Strategic Growth Common Trust Fund | | | | | Redeemed (part) | 10/03/13 | J | A | |
| 81. - Strategic Growth Common Trust Fund | | | | | Redeemed (part) | 12/04/13 | J | B | |
| 82. - Mid Cap Growth CTF | A | Dividend | K | T | Buy (add'l) | 12/04/13 | J | | |
| 83. - Mid Cap Growth CTF | | | | | Redeemed (part) | 06/05/13 | J | A | |
| 84. - Mid Cap Value CTF | A | Dividend | K | T | Buy (add'l) | 12/04/13 | J | | |
| 85. - Mid Cap Value CTF | | | | | Redeemed (part) | 03/05/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Mid Cap Value CTF | | | | | Redeemed (part) | 06/05/13 | J | B | |
| 87. - IShares Core S&P Mid Cap ETF | A | Dividend | K | T | Buy | 03/05/13 | J | | |
| 88. - IShares Core S&P Mid Cap ETF | | | | | Buy (add'l) | 06/05/13 | J | | |
| 89. - IShares Core S&P Mid Cap ETF | | | | | Buy (add'l) | 12/04/13 | J | | |
| 90. - Small Cap Growth Leaders CTF | A | Dividend | J | T | Redeemed (part) | 06/05/13 | J | A | |
| 91. - Small Cap Value CTF | A | Dividend | J | T | Redeemed (part) | 06/05/13 | J | B | |
| 92. - IShares Russell 2000 ETF | A | Dividend | J | T | Buy | 03/05/13 | J | | |
| 93. - IShares Russell 2000 ETF | | | | | Buy (add'l) | 06/05/13 | J | | |
| 94. - International Equity CTF | | | | | Redeemed (part) | 03/05/13 | K | C | |
| 95. - International Equity CTF | | | | | Redeemed | 06/05/13 | K | B | |
| 96. - International Focused Equity Common Trust Fund | A | Dividend | K | T | Buy | 03/05/13 | K | | |
| 97. - International Focused Equity Common Trust Fund | | | | | Buy (add'l) | 06/05/13 | K | | |
| 98. - International Focused Equity Common Trust Fund | | | | | Buy (add'l) | 12/04/13 | J | | |
| 99. - Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Buy | 03/05/13 | J | | |
| 100. - Vanguard FTSE Developed Markets ETF | | | | | Buy (add'l) | 06/05/13 | J | | |
| 101. - Emerging Markets Stock Common Trust Fund | A | Dividend | K | T | Redeemed (part) | 03/05/13 | J | A | |
| 102. - Emerging Markets Stock Common Trust Fund | | | | | Redeemed (part) | 06/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Emerging Markets Stock Common Trust Fund | | | | | Redeemed (part) | 12/04/13 | J | A | |
| 104. - Vanguard FTSE Emerging Markets ETF | A | Dividend | K | T | Buy | 03/05/13 | J | | |
| 105. - Vanguard FTSE Emerging Markets ETF | | | | | Buy (add'l) | 06/05/13 | J | | |
| 106. - Vanguard FTSE Emerging Markets ETF | | | | | Sold (part) | 12/04/13 | J | | |
| 107. - Tax Exempt CTF | | | | | Redeemed (part) | 03/05/13 | J | A | |
| 108. - Tax Exempt CTF | | | | | Redeemed | 06/05/13 | L | C | |
| 109. - Crossover Fixed Income Common Trust Fund | B | Dividend | L | T | Buy | 06/05/13 | L | | |
| 110. - Crossover Fixed Income Common Trust Fund | | | | | Buy (add'l) | 10/03/13 | J | | |
| 111. - Crossover Fixed Income Common Trust Fund | | | | | Buy (add'l) | 12/04/13 | K | | |
| 112. - Templeton Global Bond Fund Advisor CL | A | Dividend | J | T | Buy | 03/01/13 | J | | |
| 113. - Templeton Global Bond Fund Advisor CL | | | | | Buy (add'l) | 06/03/13 | J | | |
| 114. - Columbia High Yield Muni Fund | A | Int./Div. | J | T | Redeemed (part) | 03/01/13 | J | A | |
| 115. - Columbia High Yield Muni Fund | | | | | Redeemed (part) | 06/03/13 | J | A | |
| 116. - Ivy Asset Strategy Fund | A | Dividend | K | T | Buy (add'l) | 06/03/13 | J | | |
| 117. - Permanent Portfolio | A | Dividend | J | T | Redeemed (part) | 06/03/13 | J | | |
| 118. - Pimco All Asset All Auth Fund | B | Dividend | K | T | Redeemed (part) | 03/01/13 | J | A | |
| 119. - Pimco All Asset All Auth Fund | | | | | Redeemed (part) | 06/03/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Vanguard REIT | B | Dividend | K | T | Buy (add'l) | 10/03/13 | J | | |
| 121. - Powershares DB Commodity Index Fund | | None | K | T | Buy (add'l) | 06/05/13 | J | | |
| 122. - Powershares DB Commodity Index Fund | | | | | Sold (part) | 10/03/13 | K | | |
| 123. - IShares Russell 1000 Growth ETF | | None | | | Buy | 03/05/13 | K | | |
| 124. - IShares Russell 1000 Growth ETF | | | | | Sold | 06/05/13 | K | B | |
| 125. ****Trust #2 BofA (No personal income) (H) | D | Dividend | N | T | | | | | |
| 126. - Large Cap Growth CTF | A | Dividend | K | T | | | | | |
| 127. - Large Cap Value Quantitative Common Trust Fund | A | Dividend | K | T | | | | | |
| 128. - Mid Cap Growth CTF | A | Dividend | J | T | | | | | |
| 129. - Mid Cap Value CTF | A | Dividend | J | T | | | | | |
| 130. - Small Cap Growth Leaders CTF | A | Dividend | J | T | | | | | |
| 131. - Small Cap Value CTF | A | Dividend | J | T | | | | | |
| 132. - International Equity CTF | A | Dividend | J | T | | | | | |
| 133. -Emerging Markets Stock Common Trust Fund | A | Dividend | J | T | | | | | |
| 134. - MA Intermediate Tax Exempt Bond | C | Interest | M | T | | | | | |
| 135. - Rowe T Price International | A | Dividend | J | T | | | | | |
| 136. - Columbia High Yield Muni Fund | B | Int./Div. | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.   - Ivy Asset Strategy Fund | A | Dividend | J | T | | | | | |
| 138.   - Permanent Portfolio | A | Dividend | J | T | | | | | |
| 139.   - Pimco All Asset All Auth Fund | A | Dividend | J | T | | | | | |
| 140.   - Vanguard REIT | A | Dividend | J | T | | | | | |
| 141.   - Powershares DB Commodity Fund | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noonan, Jr., John T. | 08/09/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Following the FDR filing intructions relating to security issues, I am not listing account numbers for banks, brokerage accounts, and trusts. Instead, I have designated the accounts by numbers, e.g., "Wells Fargo Checking #1". Thus, the description for these assets in this 2013 reporting will be different from the 2012 reporting.

To simplify the organization of the report, and to make yearly updates easier under Part VII, investment accounts with multiple investments will have the investment firm name and designated number listed first, preceded with four (4) asterisks. Next, the underlying investments are listed in the lines thereafter, preceded by a hyphen, as shown below:
****Account Name #1
-Large Cap Fund
-Small Cap Fund
-Mid Cap Fund

Two trusts referred to in this report are as follow:

1. Trust #2: Trust #2 was created by            on December 15, 1976. It became irrevocable on her death in 1990 and divided into three shares. The trustee has discretion to pay the income and principal of my share to me,         , and

2. Trust #1: Trust #1 was formed by            in 1976 and became irrevocable on his death in 1987. On his death the property was divided into equal shares for          and        and me. The trustee has discretion to pay some or all of the net income or principal of my share to me,         , and            . The trust terminates on the death of me and         , the remainder going to            .

3. The income of both trusts was paid by the trustee in 2012 to            , all over 21 years of age. At the request of the Committee on Financial Disclosure, I have summarized the reports I have received.

In April 2000, Fleet Bank acquired the Bank of Boston, and then Bank of America acquired Fleet, and became the trustee of the above trusts. The trusts were also subdivided into distinct trusts for each of the            of the grantors, so that there is now a distinct trust for me and            under the same trust instruments. Report is not made here of sales of odd lots (typically one or two shares) made to make it easier to divide the trusts into thirds.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John T. Noonan, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544